**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRANZ-SEND BROADCASTING
NETWORK, INC.,

    Plaintiff,

  v.

BITTORRENTS, INC., and
KONTIKI, INC.,

    Defendants.

No. C 11-02917 WHA

**ORDER DENYING MOTION
TO ATTEND HEARING
BY TELEPHONE**

The Court **DENIES** defendant's motion to attend the case management conference by telephone.

**IT IS SO ORDERED.**

Dated: September 14, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE