COOLEY LLP
HEIDI L. KEEFE (178960) (hkeefe@cooley.com)
REUBEN H. CHEN (228725) (rchen@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:     (650) 843-5000
Facsimile:     (650) 849-7400

COOLEY LLP
THOMAS J. FRIEL, JR. (80065) (tfriel@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:     (415) 693-2000
Facsimile:     (415) 693-2222

Attorneys for Defendant
BITTORRENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRANZ-SEND BROADCASTING NETWORK, INC., <br><br> Plaintiff, <br><br> v. <br><br> BITTORRENT, INC., et. al., <br><br> Defendant. | Case No.  C 11-02917 WHA <br><br> **UNOPPOSED MOTION BY BITTORRENT, INC. TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rules 6-1, 6-3, and 7-11, Defendant BitTorrent, Inc. ("BitTorrent") hereby moves the Court for an Order continuing the Initial Case Management Conference ("CMC") currently scheduled for September 29, 2011 on the ground that lead counsel for BitTorrent is unavailable and will be overseas on business on September 29, 2011.

BitTorrent's counsel has conferred with counsel for Plaintiff Tranz-Send Broadcasting Network, Inc. and counsel for Defendant Kontiki, Inc., who do not oppose the continuance of the Initial Case Management Conference to October 6, 2011.  BitTorrent respectfully requests that

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1.

UNOPPOSED MOTION TO CONTINUE CASE
MANAGEMENT CONFERENCE
C 11-02917 WHA

1  the Court continue the Initial Case Management Conference to October 6, 2011.

2  In support of this Unopposed Motion, BitTorrent submits the accompanying Declaration
3  and Proposed Order.

5  Dated: September 16, 2011    COOLEY LLP

6   /s/ Heidi L. Keefe
7  Heidi L. Keefe (178960)
   Attorneys for Defendant
   BITTORRENT, INC.

10  973336 /HN

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

UNOPPOSED MOTION TO CONTINUE CASE
MANAGEMENT CONFERENCE
C 11-02917 WHA

```
COOLEY LLP
HEIDI L. KEEFE (178960) (hkeefe@cooley.com)
REUBEN H. CHEN (228725) (rchen@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:     (650) 843-5000
Facsimile:      (650) 849-7400

COOLEY LLP
THOMAS J. FRIEL, JR. (80065) (tfriel@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:     (415) 693-2000
Facsimile:      (415) 693-2222

Attorneys for Defendant
BITTORRENT, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRANZ-SEND BROADCASTING NETWORK, INC., <br><br> Plaintiff, <br><br> v. <br><br> BITTORRENT, INC., et. al., <br><br> Defendant. | Case No.  C 11-02917 WHA <br><br> **DECLARATION OF HEIDI L. KEEFE IN SUPPORT OF UNOPPOSED MOTION BY BITTORRENT, INC. TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

I, Heidi L. Keefe, declare:

1. I am a Partner at Cooley LLP, counsel for Defendant BitTorrent, Inc. ("BitTorrent"). I make this declaration in support of BitTorrent's Unopposed Motion to Continue Initial Case Management Conference. I have personal knowledge of the facts contained within this declaration, and if called as a witness, could testify competently to the matters contained herein.

2. I understand the importance of having lead trial counsel at the Initial Case

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1.

DECLARATION ISO UNOPPOSED MOTION TO
CONTINUE CASE MANAGEMENT CONFERENCE
C 11-02917 WHA

1  Management Conference with authority to enter stipulations and to make admissions. I am
2  unavailable on September 29, 2011 because I will be overseas on business.

3    3.   BitTorrent's counsel has conferred with counsel for Plaintiff Tranz-Send
4  Broadcasting Network, Inc. and counsel for Defendant Kontiki, Inc., who do not oppose the
5  continuance of the Initial Case Management Conference to October 6, 2011.

6    4.   If the Court does not continue the Initial Case Management Conference,
7  BitTorrent will be prejudiced by not having lead trial counsel present at the Initial Case
8  Management Conference.

9    5.   There have been no prior requests for time modifications by any party.

10   6.   The requested time modification will potentially affect deadlines in the case by
11  one week.

12  I declare under penalty of perjury that the foregoing is true and correct. Executed on
13  September 16, 2011, in Palo Alto, California

                                            /s/ Heidi L. Keefe
                                            Heidi L. Keefe

973352 /HN

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

DECLARATION ISO UNOPPOSED MOTION TO
CONTINUE CASE MANAGEMENT CONFERENCE
C 11-02917 WHA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRANZ-SEND BROADCASTING NETWORK, INC., <br><br> Plaintiff, <br><br> v. <br><br> BITTORRENT, INC., et. al., <br><br> Defendant. | Case No. C 11-02917 WHA <br><br> [PROPOSED] ORDER GRANTING UNOPPOSED MOTION BY BITTORRENT, INC. TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |

The Court having considered the Unopposed Motion by BitTorrent, Inc. and supporting Declaration, finds good cause to continue the Initial Case Management Conference. Accordingly, it is hereby ordered that the Initial Case Management Conference be continued from September 29, 2011, to October 6, 2011.

IT IS SO ORDERED.

Dated: September 20, 2011.

973338 /HN

_____
Hon.
District Judge

*APPROVED — Judge William Alsup*