IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRANZ-SEND BROADCASTING NETWORK, INC., a Delaware corporation,

    Plaintiff,

v.

BITTORRENT, INC., a California corporation; and KONTIKI, INC., a Delaware corporation,

    Defendants.

    /

No. C 11-02917 WHA

**NOTICE TO CLERK TO CLOSE THE FILE**

All defendants having been dismissed, the Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: October 5, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE